UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERIKA ALEXANDRIA,
                      Plaintiff,

                                  23 Civ. 4805 (LGS)

-against-

                                  ORDER

MOONGLOW, INC.,
                      Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated June 12, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

      WHEREAS, the initial pretrial conference is currently scheduled for July 26, 2023.

      WHEREAS, Defendant has not appeared.

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the initial pretrial conference scheduled for July 12, 2023, is adjourned to **August 2, 2023, at 4:10 P.M.** It is further

      **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **July 21, 2023**. If Plaintiff has not been in communication with Defendants, she shall file a status letter describing her efforts to serve Defendants and requesting a further adjournment of the initial conference as soon as possible and no later than **July 21, 2023.**

Dated: July 20, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE