

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Sq.
New York, NY 10007

Re:    *Case 1:23-cv-04805-LGS Alexandria v. Moonglow, Inc.*
         Status Report

Dear Judge Schofield:

**Application GRANTED.** The conference scheduled for August 2, 2023, is **ADJOURNED** to **September 6, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line:  888-363-4749; access code: 558-3333.  The parties shall file the joint status letter and proposed case management plan by **August 30, 2023.**  Plaintiff shall serve this Order and the Complaint on Defendant via Federal Express and file proof of service on ECF by **July 26, 2023.**  So Ordered.

Dated: July 24, 2023
       New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

    This letter is submitted in response to the Order dated July 20, 2023 (Dkt. No. 7). Defendant's time to answer herein expired in July 17, 2023, pursuant to the proof of service filed on June 27, 2023 (Dkt. No. 6). This office has not been in communication with this Defendant, although we will continue to attempt to contact the Defendant informally via telephone and e-mail. No such contact has been made yet besides service of the summons and complaint.

    As such, Plaintiff respectfully requests an adjournment of the initial conference date of August 2, 2023 to allow time for the Defendant to appear, or for Plaintiff to seek a default judgment in the alternative. Plaintiff requests a new conference date of September 8, 2023. This is the first time this relief is being requested.

Respectfully submitted,

*Mars Khaimov, Esq.*
Attorney for Plaintiff

