UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ERIKA ALEXANDRIA,
                      Plaintiff,

        -against-

MOONGLOW, INC.,
                      Defendant.
------------------------------------------------------------X

23 Civ. 4805 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued July 24, 2023, directed Plaintiff to serve that Order and the Complaint on Defendant via Federal Express and file proof of service on ECF by July 26, 2023.

WHEREAS, no such proof of service was filed. It is hereby

**ORDERED** that Plaintiff shall file such proof of service as soon as possible and no later than **July 28, 2023**.

Dated: July 27, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE